IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STATE OF FLORIDA,

     Appellant/Cross-Appellee,

 v.                                               Case No.  5D16-694

JAMES ROBERT WARD,

     Appellee/Cross-Appellant.

_____/

Opinion filed June 16, 2017

3.850 Appeal from the Circuit Court
for Orange County,
Jenifer M. Harris, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Roark Wall,
Assistant Attorney General, Daytona
Beach, for Appellant/Cross-Appellee.

Sean M. Ellsworth, of Ellsworth Law Firm,
P.A., Miami Beach, and Eric O. Bravin, pro
hac vice, New York University School of
Law, New York, New York,  for Appellee/
Cross-Appellant.

PER CURIAM.

The trial court's order granting Appellee/Cross-Appellant's motion for postconviction relief is supported by the record and, accordingly, we affirm.  As a result, the issues raised on cross-appeal are rendered moot.

APPEAL AFFIRMED; CROSS-APPEAL DISMISSED AS MOOT.

ORFINGER, EVANDER and LAMBERT, JJ., concur.